**Order entered April 19, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00396-CR

### EX PARTE: STEPHEN MATTHEW POLITO

**On Appeal from the 219th Judicial District Court
Collin County, Texas
Trial Court Cause No. 219-80376-2012**

## ORDER

Appellant's April 15, 2016 motion to include the record from his previous appeal to the current appeal is **GRANTED**.

We **DIRECT** the Clerk to transfer the reporter's record and clerk's record filed with the Clerk on January 15, 2013 and February 11, 2013 from cause no. 05-12-01720-CR styled *Stephen Matthew Polito v. The State of Texas* into cause no. 05-16-00396-CR.

We **DIRECT** the Clerk to file a copy of this order in cause no. 05-12-01720-CR.

/s/    LANA MYERS
       JUSTICE